## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KURON LAVELL BROWN**                                         **PLAINTIFF**

**V.**                          **NO. 4:24-cv-00671-KGB-ERE**

**LAFEYETTE WOODS, JR.,** *et al*.                         **DEFENDANTS**

### ORDER

*Pro se* plaintiff Kuron Lavell Brown, an inmate at the W.C. Brassell Adult Detention Center, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2.* Two summonses issued to Defendant Brown have been returned to the Court unexecuted. *Docs. 8, 12.*

Mr. Brown is reminded of his responsibility to provide the Court with a valid service address for Defendant Brown. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Under applicable procedural rules, a defendant must be served within 90 days of the date a complaint is filed, unless the time period is extended for good cause. FED. R. CIV. P. 4(m).

Mr. Brown has until **March 7, 2025**, to provide a valid service address for Defendant Brown. If he fails to provide a valid service address by that date, Mr. Brown's claims against Defendant Brown may be dismissed.

SO ORDERED 3 February 2025.

UNITED STATES MAGISTRATE JUDGE