**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KURON LAVELL BROWN** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00671-KGB**

**LAFAYETTE WOODS, JR., *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 29). Plaintiff Kuron Lavell Brown has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendant Stephen Young's motion for summary judgment (Dkt. No. 21). The Court dismisses without prejudice Brown's claims for failure to exhaust administrative remedies (Dkt. No. 2). The Court directs the Clerk of Court to close this case.

It is so ordered this the 29th day of July, 2026.

Kristine G. Baker
Chief United States District Judge